## RAMON RIVERA *v.* COMMISSIONER OF CORRECTION
### (AC 19911)

Lavery, C. J., and Foti and Zarella, Js.

Argued December 13, 2000—officially released January 9, 2001

Per Curiam. The judgment is affirmed.

## ARTHUR SCIORTINO ET AL. *v.* TOWN OF TRUMBULL
### (AC 20327)

Landau, Schaller and Hennessy, Js.

Argued December 12, 2000—officially released January 9, 2001

Plaintiff's appeal from the Superior Court in the judicial district of Fairfield, *Nadeau, J.*

Per Curiam. The judgment is affirmed.

## KIMBALL E. DOOLEY *v.* CINDA S. DOOLEY
### (AC 20557)

Lavery, C. J., and Zarella and Dranginis, Js.

Submitted on briefs December 4, 2000—officially released January 9, 2001

Per Curiam. The judgment is affirmed.